# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>DELACUZ,<br><br>   Defendant. | Case No.  1:25-cv-01348-BAM (PC)<br><br>ORDER DENYING MOTION FOR COPIES AND EXTENSION OF TIME WITHOUT PREJUDICE<br><br>(ECF No. 11) |

Plaintiff Robert Hackworth, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff filed his complaint in this action on October 9, 2025.  (ECF No. 1.)

Currently before the Court is Plaintiff's motion, filed on December 22, 2025, requesting: (1) copies of any legal letters sent to his former address at Kern Valley State Prison; (2) a copy of the complaint filed in this action; and (3) a thirty-day extension of time "to file what ever he may have to file."  (ECF No. 11 at 1.)  Plaintiff states that his address has changed to California State Prison, Sacramento.  He therefore requests the Court send any legal letter that was sent to his former address at Kern Valley State Prison to his new address.  He also requests the Court send him a copy of the filed complaint because CDCR has taken his legal work.  Additionally, Plaintiff requests a 30-day extension of time to file "what ever he may have to file."  (*Id.*)  Plaintiff claims his legal work and legal mail have been withheld from him.  (*Id.*)

1

1  Plaintiff's request for copies and an extension of time will be denied without prejudice as
2 unnecessary.  According to the docket, the Court has not issued any recent orders or set any
3 deadlines in this action.  On October 14, 2025, the Court granted Plaintiff's application to proceed
4 *in forma pauperis*, (ECF No. 7), but has not issued any subsequent orders.  The Court also has not
5 yet screened the complaint.

6  Plaintiff is advised that the Court is required to screen complaints brought by prisoners
7 seeking relief against a governmental entity or officer or employee of a governmental entity.  28
8 U.S.C. § 1915A(a).  The Court screens complaints in the order in which they are filed and strives
9 to avoid delays whenever possible.  Plaintiff's complaint is still awaiting screening.  The Court is
10 aware of the pendency of this case and will screen Plaintiff's complaint in due course.

11  Accordingly, Plaintiff's motion for copies and an extension of time, (ECF No. 11), is
12 DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **December 29, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2