**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HACKWORTH, JR., | No. 1:25-cv-01348 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| v. | |
| DELACUZ, | (Doc. 17) |
| Defendant. | |

Robert Hackworth, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 24, 2026, the magistrate judge screened the complaint and found that Plaintiff stated a cognizable claim against Defendant Delacuz for excessive force in violation of the Eighth Amendment but failed to state a cognizable claim against any other defendant. (Doc. 14.) The Court ordered Plaintiff to either filed an amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court. (*Id.*) On April 14, 2026, Plaintiff notified the Court of his willingness to proceed only on the cognizable claim identified by the Court. (Doc. 15.)

On April 23, 2026, following Plaintiff's notice, the magistrate judge issued findings and recommendations that recommended this action proceed on Plaintiff's complaint, filed October 9, 2025, against Defendant Delacuz for excessive force in violation of the Eighth Amendment and

1

that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (Doc. 17.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. (*Id.*) On April 23, 2026, Plaintiff filed a second notice of his willingness to proceed only on the cognizable claim. (Doc. 18.) Plaintiff did not file objections to the findings and recommendations and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 23, 2026, (Doc. 17), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's complaint against Defendant Delacuz for excessive force in violation of the Eighth Amendment.

3. All other claims are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

UNITED STATES DISTRICT JUDGE

2